CATHERINE CORTEZ MASTO
Attorney General
ROBERT E. WIELAND
Senior Deputy Attorney General
Criminal Justice Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 688-1818

Attorney for Respondents.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ENRIQUE ALBERNI,<br><br>　　　　Petitioner,<br><br>vs.<br><br>E.K. MCDANIEL, et al.,<br><br>　　　　Respondents. | 3:01-CV-725-LRH(RAM)<br><br>**MOTION FOR<br>ENLARGEMENT OF TIME**<br><br>**(Second Request)** |

　　　Respondents, by and through counsel, CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a fourteen (14) day enlargement of time to and including April 5, 2007, in which to file and serve their post-hearing brief.

　　　This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Affidavit of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

　　　There has been one prior enlargement of Respondents' time to file said brief, and this motion is made in good faith and not for the purposes of delay.

　　　RESPECTFULLY SUBMITTED this 22nd day of March, 2007.

IT IS SO ORDERED.

_/s/ signature_

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: March 23, 2007

CATHERINE CORTEZ MASTO
Attorney General

By: _/s/ signature_
_____
ROBERT E. WIELAND
Senior Deputy Attorney General

-1-

# AFFIDAVIT OF COUNSEL

STATE OF NEVADA ) 
) ss: 
COUNTY OF WASHOE )

Robert E. Wieland, being first duly sworn under penalty of perjury, deposes and says:

1. That your affiant is a duly qualified and presently acting Senior Deputy Attorney General employed by the Office of the Attorney General of the State of Nevada.

2. That your affiant has been assigned to represent the Respondents in the above-entitled matter.

3. That a post-hearing brief is currently due in the above-entitled matter on March 22, 2007.

4. That due to your affiant's busy schedule, your affiant has not been able to prepare the brief.

5. That your affiant believes that he will need an enlargement of fourteen (14) days through and including April 5, 2007, within which to prepare, file and serve the answer or other response.

6. That this is Respondents' second request for an enlargement of time to file the brief and is made in good faith and not for the purpose of unduly delaying the ultimate resolution of this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
ROBERT E. WIELAND

SIGNED and SWORN to before me this 22nd day of March, 2007.

_____
NOTARY PUBLIC



SHIRLEY J. SUSICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89420-2 - Expires April 28, 2008